IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ZACHARY M. THOMAS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No. 21-cv-1376-NJR ) |
| CHESTER MENTAL HEALTH CENTER, | ) ) ) ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

Plaintiff Zachary M. Thomas, who is currently detained at Will County Adult Detention Facility, brings this action pursuant to 42 U.S.C. § 1983 for deprivations of his constitutional rights while at Chester Mental Health Center. On November 3, 2021, Thomas filed a Complaint (Doc. 1), which was dismissed without prejudice for failure to state a claim and for violation of Federal Rule of Civil Procedure 8 (Doc. 7). Thomas was granted leave to file an Amended Complaint by March 16, 2022 (*Id*. at p. 4). He was warned that failure to file an Amended Complaint would result in the dismissal of his case with prejudice (*Id*.). As of this date, Thomas has failed to file an Amended Complaint.

The Court will not allow this matter to linger indefinitely. Accordingly, this action is **DISMISSED with prejudice** based on Thomas's failure to comply with the Court's Order to file a First Amended Complaint and failure to prosecute his claims (Doc. 7, p. 4).

Fed. R. Civ. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). This shall count as a "strike" for purposes of 28 U.S.C. 1915(g).

If Thomas wishes to appeal this Order, he must file a notice of appeal with this Court within thirty days of the entry of judgment. Fed. R. App. 4(a)(1)(A). If Thomas does choose to appeal, he will be liable for the $505.00 appellate filing fee irrespective of the outcome of the appeal. *See* Fed. R. App. 3(e); 28 U.S.C. § 1915(e)(2); *Ammons v. Gerlinger*, 547 F.3d 724, 725-26 (7th Cir. 2008); *Sloan v. Lesza*, 181 F.3d 857, 858-59 (7th Cir. 1999). He must list each of the issues he intends to appeal in the notice of appeal and his motion for leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24(a)(1)(C). A proper and timely motion filed pursuant to Federal Rule of Civil Procedure 59(e) may toll the 30-day appeal deadline. Fed. R. App. P. 4(a)(4). A Rule 59(e) motion must be filed no more than twenty-eight (28) days after the entry of judgment, and this 28-day deadline cannot be extended.

The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

DATED:  March 31, 2022

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**